UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SHAKENA NORWOOD,

      Plaintiff,

                                CASE NO.:    3:13-CV-139

vs.

AYSHA ENTERPRISES, INC., A
GEORGIA CORPORATION,
AND ALEEM VIRJI,
INDIVIDUALLY,

      Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, SHAKENA NORWOOD, by and through the undersigned attorney, sues the Defendants, AYSHA ENTERPRISES, INC., and ALEEM VIRJI, Individually, and alleges:

1. Plaintiff was an employee of Defendants and brings this action for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

2. Plaintiff worked as an hourly paid shift leader for Defendant at their Church's Chicken location in Athens, Georgia, from approximately October 2012 to August 2013.

3. Defendant, AYSHA ENTERPRISES, INC., is a Georgia Corporation

which operates a Church's Chicken location in Athens, Georgia and is therefore, within the jurisdiction of this Court.

4. At all times relevant to this action, ALEEM VIRJI was an individual resident of the State of Georgia, who owned and AYSHA ENTERPRISES, INC., and who regularly exercised the authority to: (a) hire and fire employees of AYSHA ENTERPRISES, INC.; (b) determine the work schedules for the employees of AYSHA ENTERPRISES, INC.; and (c) control the finances and operations of AYSHA ENTERPRISES, INC. By virtue of having regularly exercised that authority on behalf of AYSHA ENTERPRISES, INC., ALEEM VIRJI is an employer as defined by 29 U.S.C. § 201, et seq.

5. This action is brought under the FLSA to recover from Defendants overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

6. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

7. During Plaintiff's employment with Defendants, Defendant, AYSHA ENTERPRISES, INC., earned more than $500,000.00 per year in gross sales.

8. During Plaintiff's employment with Defendants, Defendant,

AYSHA ENTERPRISES, INC., employed two or more employees which handled goods, materials and supplies which had travelled in interstate commerce.

9. Included in such goods, materials and supplies were uniforms, restaurant equipment, food items, wrappers, drink items, promotional materials, as well as numerous other goods, materials and supplies used by a fast food restaurant which had been carried in interstate commerce.

10. Therefore, Defendant, AYSHA ENTERPRISES, INC., is an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

11. Additionally, Plaintiff was engaged in interstate commerce during her employment with Defendants as a result of daily credit card transactions run by her which transacted business in interstate commerce.

## FLSA Violations

12. At all times relevant to this action, Defendants failed to comply with the FLSA by only paying Plaintiff her regular hourly rate for all hours worked, including overtime hours.

13. During her employment with Defendants, Plaintiff earned $7.25 per hour.

14. Attached as Composite Exhibit A are three (3) example paystubs from Plaintiff's employment.

15. These paystubs show that Plaintiff worked overtime hours but was

still only paid $7.25 per hour for overtime hours worked, and not the proper overtime rate for overtime hours worked.

16.  Defendants have violated the FLSA by failing to pay full overtime compensation to Plaintiff for overtime hours worked.

17.  Upon information and belief, the records, to the extent any exist and are accurate, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

18.  Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-17 above.

19.  Plaintiff was entitled to be paid overtime compensation for each hour worked in excess of forty (40) per work week.

20.  During her employment with Defendants, Plaintiff was only paid $7.25 per hour for overtime hours and was not paid time and one-half of her hourly rate for overtime hours worked. *See* ¶¶ 12-16 and Composite Exhibit A.

21.  Defendants did not have a good faith basis for their decision to only pay Plaintiff straight time for overtime hours worked.

22.  As a result of Defendants' intentional, willful and unlawful acts in refusing to pay Plaintiff full overtime compensation, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

23.   As a result of Defendants' willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

24.   Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, SHAKENA NORWOOD, demands judgment against Defendants for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 9th day of December, 2013.

_____
C. Ryan Morgan, Esq.
Georgia Bar No. 711884
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email:       RMorgan@forthepeople.com
Attorneys for Plaintiff