IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SHAKENA NORWOOD,

    Plaintiff,

v.

AYSHA ENTERPRISES, INC.,
A GEORGIA CORPORATION,
AND ALEEM VIRJI,
INDIVIDUALLY,

    Defendant.

Civil Action No.
3:13-CV-139-CDL

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are reasonable and satisfactory. This Court thereby orders that the above-styled action be dismissed with prejudice.

This the __10th__ day of __March__, 2014.

                                            S/Clay D. Land
                                            _____
                                            Clay D. Land, Judge
                                            United States District Judge